**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH GRAHAM | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CV00763 SWW |
| HARTFORD LIFE AND ACCIDENT | * | |
| INSURANCE COMPANY and | * | |
| HARTFORD LIFE INSURANCE | * | |
| COMPANY | * | |
| | * | |
| Defendants | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 15TH DAY OF APRIL, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE